IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARILYN BALLAS,　　　　　　　　　　　　Case No. S-07-2377 LKK JFM

　　　　　　Plaintiff,

　　v.

STANLEY FAHN; SPRING LAKE PROPERTIES, LLC., A California Limited Liability Company; EL PARIAN NH, LLC, A California Limited Liability Company, EL PARIAN TAQUERIA AND CANTINA LLC, A California Limited Liability Company, and DOES 1 through 100, inclusive,

　　　　　　Defendants.　　　　　　　　　　ORDER
_____/

Upon reading the April 10, 2008 stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the clerk's default, entered January 28, 2008, against defendants Stanley Fahn and Spring Lake Properties, LLC, is set aside. Defendants Stanley Fahn and Spring Lake Properties, LLC, shall file an answer within twenty days from the date of this order.

DATED: April 10, 2008.

　　　　　　　　　　　　　　　　　　　　　　　/s/ John F. Moulds
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/ballas.stip