1

2

3

4

5

6

7                 UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  MARILYN BALLAS,
                                    NO. Civ.S-07-2377 LKK/JFM
11          Plaintiff,

12      v.                              **ORDER RE DISPOSAL**
                                        **DOCUMENTS AFTER**
13  STANLEY FAHN, SPRING LAKE           **NOTIFICATION OF SETTLEMENT**
    PROPERTIES LLC, a California
14  limited liability company;
    EL PARIAN NH LLC, a California
15  limited liability company;
    EL PARIAN TAQUERIA AND CANTINA
16  LLC, a California limited
    liability company, and DOES 1-100,
17  inclusive,

18          Defendants.
    _____/
19

20      Counsel for defendant EL PARIAN NH, LLC and EL PARIAN TAQUERIA

21  AND CANTINA, LLCs has filed a Notice of Settlement in the above-

22  captioned case.  The court now orders that the dispositional

23  documents disposing of the case be filed no later than twenty (20)

24  days from the effective date of this order.

25      All hearing dates heretofore set in this matter are hereby

26  **VACATED**.

                                  1

1      FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

4      IT IS SO ORDERED.

5      DATED:  June 5, 2008.

6

7

8                          LAWRENCE K. KARLTON
                            SENIOR JUDGE
9                          UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26