...

1  CENTER FOR DISABILITY ACCESS, LLP
2  MARK D. POTTER, ESQ., SBN 166317
   RUSSELL C. HANDY, ESQ., SBN 195058
3  100 East San Marcos Blvd., Suite 400
   San Marcos, CA 92069
4  (760) 480-4162
   Fax (760) 480-4170

5  Attorneys for Plaintiff, MARILYN BALLAS

6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11 | MARILYN BALLAS,                              ) Case No.: 07-CV 02377 LKK JFM
12 |                                              )
                        Plaintiff,                ) **STIPULATION FOR DISMISSAL**
13 |                                              ) **PURSUANT TO F.R.CIV.P. 41 (a) (2) &**
        v.                                        ) **ORDER THEREON**
14 |                                              )
   STANLEY FAHN; SPRING LAKE                      )
15 PROPERTIES, LLC, A California Limited          )
   Liability Company; EL PARIAN NH,               )
16 LLC, A California Limited Liability            )
   Company, EL PARIAN TAQUERIA AND                )
17 CANTINA LLC, A California Limited              )
   Liability Company, and DOES 1 through          )
18 100, inclusive                                 )
19                                                )
20                                                )
                        Defendants.               )
21                                                )

22
23                              **STIPULATION**

24     IT IS STIPULATED by and between the parties hereto that this action be
25 dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys'
26 fees and costs. This stipulation is made as a result of the settlement of the action.
27
28 ///

1  ///

2  ///

3  IT IS SO STIPULATED.

4  CENTER FOR DISABILITY ACCESS, LLP

7  Dated: _____

   Mark D. Potter
   Attorney for Plaintiff

11  LAW OFFICES OF DANNY L. HAUKEDALEN

14  Dated: _____

   Danny L. Haukedalen
   Attorney for Defendants, STANLEY FAHN; SPRING LAKE PROPERTIES, LLC,

19  BENJAMIN LAW OFFICES

21  Dated: _____

   Steven Benjamin,
   Attorneys for Defendants, EL PARIAN NH, LLC; EL PARIAN TAQUERIA AND CANTINA LLC

26  //

27  //

28

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.  The court shall retain jurisdiction to enforce the terms of the settlement.

Dated: August 8, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT